968

No. 76-1467. UNITED STATES STEEL CORP. *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. 3d Cir. Certiorari denied.

No. 76-1474. ABBOTT *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 76-1475. LAMB ENTERPRISES, INC., ET AL. *v.* KIROFF ET AL. C. A. 6th Cir. Certiorari denied.

No. 76-1479. QUALLS *v.* FRESNO COUNTY BOARD OF SUPERVISORS ET AL. C. A. 9th Cir. Certiorari denied.

No. 76-1483. TEAMSTERS LOCAL UNION 377 *v.* SCOTT. C. A. 6th Cir. Certiorari denied.

No. 76-1496. MANCINI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76-1517. JACOBS ET AL. *v.* SAPP ET AL. C. A. 7th Cir. Certiorari denied.

No. 76-1553. FINAN, DBA HOUSE OF KAWASAKI ET AL. *v.* KAWASAKI MOTORS CORP., U. S. A. C. A. 5th Cir. Certiorari denied.

No. 76-1557. MIMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76-1586. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76-1618. COSTEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76-5167. BOLDEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.